IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE SUBPOENAS ISSUED TO PETER ANGELOS LAW, P.C., IN *IN RE BESTWALL, LLC*, CASE NO. 3:17-BK-31795-LTB, PENDING IN THE BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA | Civil Case No. 1:21-cv-3257-SAG |

## ORDER

For the reasons stated on the record at today's motions hearing, it is this 29th day of March, 2022, by the United States District Court for the District of Maryland, ORDERED that Peter Angelos Law, P.C.'s Motion to Quash or Modify Bestwall LLC's Subpoena Duces Tecum and Subpoena Ad Testificandum is DENIED except insofar as the subpoenas were modified on the record at today's hearing. The Clerk is directed to CLOSE this case.

Date: March 29, 2022

/s/
Stephanie A. Gallagher
United States District Judge