IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In Re Subpoenas to Peter Angelos Law P.C.
     **Plaintiff**     *

vs.     *  Case No.: 21-cv-3257-SAG

    **Bestwall LLC**    *
    **Defendant**
           *

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| _ALL_ | _ALL_ |
| All Plaintiff's/Government's exhibits returned: _Thomas Waldrep_ | All Defendant's exhibits returned: _Charles Curlett Jr_ |

Received the above listed exhibits this date:

Counsel for Plaintiff(s): _/s/_

Counsel for Defendant(s): _/s/_

Date: March 29, 2022