**In Re Subpoenas to Peter Angelos Law, P.C.**

**vs.**

**Bestwall LLC**

USDC- BALTIMORE
'22 MAR 29 PM 2:54

**Civil No. 21-cv-03257-SAG**                                                    **Plaintiff Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3-29-2022 | 3-29-2022 | Proof of Claim Forms- 4 |
| 2 | 3-29-2022 | 3-29-2022 | Trust Claim Form |
| 3 | 3-29-2022 | 3-29-2022 | Master Ballot |
| 4 | 3-29-2022 | 3-29-2022 | R.2019 Notice |
| 5 | 3-29-2022 | 3-29-2022 | Declaration Armand Volta |
| 6 | 3-29-2022 | 3-29-2022 | Second Declaration A. Volta |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)